UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JOHN R. ANDOE #98609,<br><br>        Plaintiff,<br><br>  v.<br><br>GOV. BRAD LITTLE, IDAHO HOSUE OF REPRESENTATIVES, IDAHO HOUSE OF SENATE,<br><br>        Defendants. | Case No. 1:20-cv-00562-DCN<br><br>**INITIAL REVIEW ORDER BY SCREENING JUDGE** |

The Clerk of Court conditionally filed Plaintiff John R. Andoe's Complaint (with supplement) as a result of Plaintiff's status as an inmate and his in forma pauperis request. Dkts. 1, 3, 5. A conditional filing means that Plaintiff cannot proceed without authorization from the Court.

Plaintiff has "three strikes." The Prison Litigation Reform Act of 1995 introduced the "three strikes" provision to address the growing trend of frivolous civil rights actions filed by prison inmates. *See* Pub. L. No. 104-134, 110 Stat. 1321 (1996). This provision prohibits a prisoner from filing lawsuits or appeals in forma pauperis if he previously filed three other actions in federal court that were dismissed on the grounds of frivolousness, maliciousness, or failure to state a claim upon which relief can be granted. *See* 28 U.S.C. § 1915(g). The only exception is that a prisoner with three strikes may file an in forma pauperis action if he shows that he is in "imminent danger of serious physical injury." *Id*.

If the prisoner is not in such danger, then he must pay the $402.00 filing fee at the time of filing.

Plaintiff's case history shows that, prior to the date he filed the Complaint in this action, he brought at least three civil actions that were dismissed for failure to state a claim or for frivolousness. *See, e.g., Andoe v. Kemph*, 1:16-cv-00287-DCN, Dkt. 57 (D. Idaho June 11, 2018); *Andoe v. Obama*, 1:16-cv-00395-BLW, Dkt. 62 (D. Idaho Nov. 30, 2018); *Andoe v. Kempf*, 1:17-cv-00006-DCN, Dkt. 32 (D. Idaho Dec. 10, 2018); *Andoe v. Atencio*, 1:18-cv-00199-BLW, Dkt. 21 (D. Idaho March 15, 2019); *Andoe v. Dewalt*, 1:20-cv-00266-BLW (D. Idaho Nov. 4, 2020). As a result, Plaintiff has at least three strikes under 28 U.S.C. § 1915(g).

In the instant action, Plaintiff asserts that Defendants are responsible for the laws that took away the voting and gun rights of convicted felons in violation of the United States Constitution, art. 1, § 2, and art. 6, §§ 2 and 3; U.S. Const. Amendments 2, 13, 14, and 15; and Idaho Code Titles 18 and 19. Plaintiff's supplement (Dkt. 5) adds other legal arguments, but the subject matter of voting and gun rights is the same.

Plaintiff's allegations challenging felons' rights to bear arms and vote do not show that he is at risk of "imminent danger of serious physical injury" in prison if he is not permitted to proceed in forma pauperis. Therefore, Plaintiff will be required to pay the filing fee of $402.00 if he desires to proceed with his lawsuit.

///

///

///

**ORDER**

**IT IS ORDERED:**

1.  Plaintiff's Application to Proceed in Forma Pauperis (Dkt. 1) is DENIED because Plaintiff has three strikes and he has not met the exception for application of 28 U.S.C. § 1915(g).

2.  **Within 28 days** after entry of this Order, Plaintiff must pay the filing fee of $402.00. If Plaintiff does not do so, this case will be dismissed without further notice.

DATED: May 3, 2021

David C. Nye
Chief U.S. District Court Judge